FILED
STERN DISTRICT ARKAN
JUN 0 8 2012
CHRIS R. JOHNSON, CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| Escapes!, Inc.; Cooper Communities, Inc.; Cooper Realty Investments, Inc.; Cooper Land Development, Inc.; Escapes! Travel Choices, LLC; and Escapes! Property Management, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> J. Paul Tappana; Stonebridge Management, LLC Natalie Bobsin and Deborah Graf <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 12-5111 |

## NOTICE OF REMOVAL

Please take notice that pursuant to 28 U.S.C. § 1441, et. seq., Defendants remove this action to the United States District Court for the Western District of Missouri based upon the following grounds:

1. Plaintiff filed this action in the Circuit Court of Benton County, Arkansas (Case No. CV-2012-64) on or about May 2, 2012, and the action is now pending in that court. Process, including the summons and petition were the various Defendants were served on or about May 15, 2012.

2. This action is a civil action involving diversity in which this Court has original jurisdiction under 28 U. S. C. § 1332.

3. All process, pleadings and other documents received by Defendants are attached. The Petition is attached hereto as Exhibit A and the Civil Cover Sheet is attached hereto as Exhibit B.

4. Counsel for Defendant Graf has spoken with all other defendants' counsel and they do not object to the removal to this court.

5. The Notice of Removal is timely pursuant to 28 U.S.C. § 1446.

6. Based upon the foregoing, Defendants are entitled to remove this action from state court to the United States District Court Western Division of Arkansas pursuant to 28 U.S.C. § 1441.

KECK & AUSTIN, L.L.C.

By: _____
Patricia A. Keck   #92211
1112 E. Walnut
Springfield, Missouri  65806
Phone: 417-890-8989
Fax: 417-890-8990
Attorney for Defendant Graf

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Removal was mailed, postage prepaid, this _6th_ day of June, 2012 to :

Mr. David Matthews
Matthews, Campbell, Rhodes,
McClure, Thompson & Fryauf, P.C.
119 South 2nd Street
Rogers, AR 72756-4525

Mr. Timothy Hutchinson
5417 Pinnacle Point Drive, Suite 201
Rogers, AR 72758

Mr. Donald Brady
109 34th Street
Rogers, AR 72757

Mr. S. Lance Cox
P. O. Box 878
Fayetteville, AR 72702

Mr. Kenny McCulloch
2700 Regions Center
400 W. Capitol Avenue
Little Rock, AR 72201

_____
Patricia A. Keck